UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL J. VIDMAR AND
CHRISTOPHER E. MANNEY

      Plaintiffs,

  v.                                    Milwaukee County Circuit Court
                                            Case No. 2017CV000462

CITY OF MILWAUKEE

      Defendant.

PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN:

The petition of defendant City of Milwaukee respectfully shows as follows:

1. On January 25, 2017, an action was commenced against the petitioner in the Circuit Court for Milwaukee, Wisconsin entitled *Daniel J. Vidmar and Christopher E. Manney v. City of Milwaukee*, Case No. 2017CV000462, by the filing with the court of a summons and complaint. On that same day, an amended summons was filed in the same matter. On February 2, 2017, an amended complaint was filed in the same matter. True copies of the summons and complaint and the amended summons and amended complaint are annexed hereto. No further proceedings have been had therein.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 29 U.S.C. §§207(a)(1) and 216(b), and is one which may be removed to this Court by the petitioner, defendant therein, pursuant to the provisions of 28 U.S.C. § 1441(a), in that, as appears from the amended complaint, this is a civil

action asserting a claim arising under a law of the United States, *viz*., 29 U.S.C. §§207(a)(1) and 216(b).

3. That the amended summons and complaint in the above-captioned matter were served upon defendant City of Milwaukee within thirty days of making this petition, on February 2, 2017.

WHEREFORE, the petitioner prays that the above-described action, now pending against the City of Milwaukee in the Circuit Court for Milwaukee County, Wisconsin, be removed therefrom to this court.

Dated and signed at Milwaukee, Wisconsin 20th day of February, 2017.

GRANT F. LANGLEY
City Attorney


s/Benjamin J. Roovers
Benjamin J. Roovers
Assistant City Attorney
State Bar No. 1092395
Attorneys for Defendant

P.O. ADDRESS:

800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: broove@milwaukee.gov

1032-2017-288/237069